**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| In the Matter of:<br><br>LANCE F. WELCH<br>AND<br>HELENA M. WELCH<br><br>Debtors | Chapter 13<br><br><br>Case No. 25-10601-KHK |

**OBJECTION TO CONFIRMATION OF PLAN,**
**NOTICE OF OBJECTION TO CONFIRMATION OF PLAN**
**AND**
**NOTICE OF SCHEDULED HEARING ON THIS OBJECTION**

Thomas P. Gorman, Chapter 13 Trustee, has filed this objection to confirmation of your Chapter 13 Plan filed April 7, 2025.  The cause for this objection is as follows:

**Violation of 11 U.S.C. §1325(b)(1)(B) & §1325(a)(3)** – Disposable Income & Good Faith – Above median Debtors' Form 122C shows $4,874.27/mo. of disposable income, with no special circumstances, yet have filed a 0% Plan.

**Violation of 11 U.S.C. §1325(a)(3) & §1325(a)(6)** – Good Faith & Feasibility –

1) Proposes Plan funding is primarily a $305,000.00 lump sum payment in month 60.
2) Plan is underfunded as follows due to high filed IRS claim (Proof of Claim #6):

**PERFORMANCE**

| | | | |
|---|---|---|---|
| Amount of Plan Payment | 3,042.15x60 | | |
| | 305,000.00 | | |
| Number of Months | 60 | | |
| **Total Receipts** | | 487,529.00 | |
| **Disbursements Required** | | | |
| Trustee | 48,752.90 | | 10.00% |
| Attorney | 6,750.00 | | |
| Taxes/Other Priority | 68,612.43 | | |
| Secured | 390,113.30 | | |
| Unsecured | 0.00 | | 115,193.741x0% |
| Other | 0.00 | | |
| **Total Disbursements** | | 514,228.63 | |

**Notice of Objection To Confirmation**
Lance F. Welch and Helena M. Welch, Case # 25-10601-KHK

**Violation of 11 U.S.C. §1325(a)(3) & §1325(a)(4)** – Good Faith & Liquidation Test – Debtors appear to have understated rhe value of their real estate, and seem to believe that they have so much equity in their home that they will be able to refinance or sell it easily, which is inconsistent with a 0% Plan.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the objection, or if you want the court to consider your views on the objection, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1. Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before twenty-one days from the service of this notice. You must mail a copy to the persons listed below.

***Attend the hearing to be held on June 12, 2025 at 1:30 p.m., in Courtroom III on the 3rd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.*** If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

> Thomas P. Gorman
> 1414 Prince Street, Suite 202
> Alexandria, VA 22314
>
> Clerk of the Court
> United States Bankruptcy Court
> 200 South Washington Street
> Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

**Notice of Objection To Confirmation**
Lance F. Welch and Helena M. Welch, Case # 25-10601-KHK

Date: _May 6, 2025_____                    __/s/Thomas P. Gorman _____
                                                                    Thomas P. Gorman
                                                                    Chapter 13 Trustee
                                                                    1414 Prince Street, Suite 202
                                                                    Alexandria, VA 22314
                                                                    (703) 836-2226
                                                                    VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that I have this 6th day of May, 2025, served via ECF to authorized users or mailed a true copy of the foregoing Objection to Confirmation, Notice of Objection and Notice of Hearing to the following parties.

| | |
|---|---|
| Lance F. Welch | Jeffery T. Martin, Jr. |
| Helena M. Welch | Attorney for Debtor |
| Chapter 13 Debtors | Martin Law Group, P.C |
| 21259 Dubois Ct | 8065 Leesburg Pike, Ste 750 |
| Ashburn, VA 20147 | Vienna, VA 22182 |

                                                                    __/s/ Thomas P. Gorman_____
                                                                    Thomas P. Gorman