**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| In the Matter of:<br><br>LANCE F. WELCH<br>AND<br>HELENA M. WELCH<br><br>Debtors | Chapter 13<br><br>Case No. 25-10601-KHK |

**AMENDED OBJECTION TO CONFIRMATION OF PLAN**

    Thomas P. Gorman, Trustee, supplements and amends his previously filed Objection to Confirmation (Dkt. #16) to add as additional feasibility grounds the fact that the Plan (Section 4D) and Schedule D (Section 2.3) treats the secured claim(s) of The Huntington National Bank as a single debt, when that creditor appears to have two separate and distinct secured claims (Proofs of Claim Numbers 8 and 9).


Date: _May 14, 2025_____                    ___/s/ Thomas P. Gorman_____
                                                                              Thomas P. Gorman
                                                                              Chapter 13 Trustee
                                                                              1414 Prince Street, Suite 202
                                                                              Alexandria, VA 22314
                                                                              (703) 836-2226
                                                                              VSB 26421

**Trustee's Amended Objection to Confirmation of Plan**
Lance F. Welch and Helena M. Welch, Case # 25-10601-KHK

# CERTIFICATE OF SERVICE

I hereby certify that I have this 14th day of May, 2025, served via ECF to authorized users or mailed a true copy of the foregoing Amended Objection to Confirmation of Plan to the following parties.

| | |
|---|---|
| Lance F. Welch | Jeffery T. Martin, Jr. |
| Helena M. Welch | Attorney for Debtor |
| Chapter 13 Debtors | Martin Law Group, P.C |
| 21259 Dubois Ct | 8065 Leesburg Pike, Ste 750 |
| Ashburn, VA 20147 | Vienna, VA 22182 |

    __/s/ Thomas P. Gorman_____
    Thomas P. Gorman