**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| In the Matter of: | Chapter 13 |
| LANCE F. WELCH<br>AND<br>HELENA M. WELCH | |
| | Case No. 25-10601-KHK |
| Debtors | |

**DEBTORS' RULE 1019 STATEMENT**
**(No Unpaid Debts Following Conversion)**

COMES NOW Debtors Lance F. Welch and Helena M. Welch ("Debtors"), through their undersigned counsel, and state as follows:

1. That the within case was converted to Chapter 7 by Order dated June 20, 2025.

2. Bankruptcy Rule 1019(5)(A)(i) and Local Rule 1017-1(A) require the Debtor to file a Schedule of Unpaid Debts within fourteen (14) days of the order converting the case to Chapter 7.

3. Debtors certifies that he has incurred no new debt since filing the Chapter 11 Petition, nor since conversion to Chapter 7.

/s/ Lance F. Welch

/s/ Helena M. Welch

Date:   July 2, 2025            /s/ Jeffery T. Martin, Jr.
                                Jeffery T. Martin, Jr.
                                Martin Law Group, P.C.
                                8065 Leesburg Pike, Suite 750
                                Vienna, VA 22182
                                (703) 834-5550
                                jeff@martinlawgroup.com

Jeffery T. Martin, Jr., VSB #71860
Martin Law Group, P.C.
8065 Leesburg Pike, Suite 750
Vienna, VA  22182
703-834-5550
jeff@martinlawgroup.com
Counsel for the Debtors

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of July, 2025, a true copy of the foregoing pleading was sent by CM/ECF to all parties requesting notice (including the United States Trustee).

/s/ Jeffery T. Martin, Jr.
Jeffery T. Martin, Jr.